# CASE ANNOUNCEMENTS

*January 21, 2011*

[Cite as *01/21/2011 Case Announcements*, 2011-Ohio-224.]

## MOTION AND PROCEDURAL RULINGS

**2010–0731.   In re C.P.**
Athens App. No. 09CA41, 2010-Ohio-1484. This cause is pending before the court as an appeal from the Court of Appeals for Athens County.

Upon consideration of the joint motion for leave of amicus curiae Ohio Attorney General Mike DeWine to participate in oral argument scheduled for February 16, 2011 in support of appellee, it is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellee.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2010–2271.   Dublin City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–V–231.

**2010–2283.   State ex rel. Levine v. Ryan.**
In Mandamus.

**2010–2288.   State ex rel. McBee v. Indus. Comm.**
Franklin App. No. 09AP–239, 2010-Ohio-5547.

**2011–0060.   State ex rel. Oakwood v. Indus. Comm.**
Franklin App. No. 09AP–999, 2010-Ohio-5861.

# CASE ANNOUNCEMENTS

*January 24, 2011*

[Cite as *01/24/2011 Case Announcements*, 2011-Ohio-249.]

## DISCIPLINARY CASES

**2010–1894.   Cincinnati Bar Assn. v. Trainor.**
This cause is pending before the court on relator's motion to strike objections and brief in support filed by the respondent.

Upon consideration thereof, it is ordered that the motion is denied. Relator is permitted to file an answer to respondent's objections and brief in support within ten days of the date of this order. If relator files an answer on or before ten days from the date of this order, relator will be permitted to participate in oral argument, which is scheduled for February 15, 2011.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):